**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS,

      Plaintiff,

v.

PAUL DAVID GAUBATZ, *et al.*,

      Defendants.

Civil Action No. 09-2030 (CKK)

**ORDER**
(November 3, 2009)

For the reasons set forth in an accompanying memorandum opinion, it is, this 3rd day of

November, 2009, at 4:00 P.M., hereby

**ORDERED** that CAIR's request for a temporary restraining order, as set forth in its [2]

Motion for a Temporary Restraining Order and a Preliminary Injunction, is GRANTED-IN-

PART and DENIED-IN-PART; it is further

**ORDERED** that, effective immediately and continuing until and including **11:59 P.M.**

**(Midnight) on November 18, 2009**, Defendants Paul David Gaubatz and Chris Gaubatz, along

with any of their agents, employees or associates, are hereby:

      1. **ENJOINED** from making any use, disclosure or publication of any (a)

document (including emails and other electronic documents) or copy thereof obtained by

Defendant Chris Gaubatz from CAIR's offices or facilities, or (b) recording (or copy thereof),

whether audio or video, of meetings or of conversations involving CAIR officials or employees;

2. **ORDERED** to promptly remove from Defendant Paul David Gaubatz's blog, which is located at http/:://dgaubatz.blogspot.com, copies of CAIR's employee and donor lists (with personal contact information) that were posted on October 20, 2009 and on October 26, 2009, respectively;

3.  **ORDERED** to promptly remove from Defendant Paul David Gaubatz's blog, which is located at http/:://dgaubatz.blogspot.com, or any other Internet site under Defendants' control, any of the following material that contains or otherwise reflects privileged attorney-client communications: (a) document (including emails and other electronic documents) or copy thereof obtained by Defendant Chris Gaubatz from CAIR's offices or facilities, or (b) recording (or copy thereof), whether audio or video, of meetings or of conversations reflecting privileged attorney-client communications involving CAIR officials or employees;

4. **ORDERED** to promptly return to counsel for CAIR any documents (including emails and other electronic documents) or recordings (whether audio or video), or copies thereof, that were obtained or by Defendant Chris Gaubatz from CAIR's offices or facilities and that contain or otherwise reflect privileged attorney-client communications; and

5. **ORDERED** to promptly return to counsel for CAIR any copies of CAIR's donor and employee lists that were obtained or by Defendant Chris Gaubatz from CAIR's offices or facilities; it is further

**ORDERED** that CAIR shall have until and including **November 4, 2009** in which to file a renewed Motion for a Preliminary Injunction that supplements its previous motion and specifically addresses a number of issues raised by the Court on-the-record at the hearing; it is further

**ORDERED** that CAIR shall file proof of service with the Court as soon as practicable once service of the Complaint and the Motion for a Preliminary Injunction (as may be supplemented) is made.  At that time, the Court shall set a schedule for briefing CAIR's Motion for a Preliminary Injunction and for further proceeding with this matter, as may be appropriate; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Order and accompanying Memorandum Opinion to Defendants: (1) by email at davegaubatz@gmail.com; and (2) by overnight delivery to 13296 Hull Street, #150, Midlothian, VA 23112.

**SO ORDERED.**

Date:   November 3, 2009

                                     _____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge