UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC. et al.,<br><br>       **Plaintiffs,**<br><br>       v.<br><br>**PAUL DAVID GAUBATZ et al.,**<br><br>       **Defendants.** | Civil Action No. 09-2030 (CKK/JMF) |

## **ORDER**

      Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola for review of a computer disc filed under seal.

      In accordance with Local Rule 5.1(f), kindly insert my initials, as well as the trial judge's initials on all filings with the Clerk's Office.

      Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone. All matters in the above captioned case should be addressed to the law clerk assigned to this action: **Megan Heller, Esq. at 202/354-3135.**


July 13, 2011                            /S/
cc:   Counsel                      JOHN M. FACCIOLA
      Judge                        UNITED STATES MAGISTRATE JUDGE
      Files
      Chambers