UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNSEL ON AMERICAN-ISLAMIC ) | |
| RELATIONS ACTION NETWORK, INC., et al. ) | CIVIL NO: 1:09-cv-02030-CKK |
| *Plaintiffs*, ) | |
| -*v*.- ) | |
| ) | |
| PAUL DAVID GAUBATZ, et al. ) | |
| *Defendants*. ) | |

**DEFENDANTS' EMERGENCY MOTION TO EXTEND TIME TO ANSWER/RESPOND TO SECOND AMENDED COMPLAINT NAMING DEFENDANTS CENTER FOR SECURITY POLICY, CHRISTINE BRIM, ADAM SAVIT, AND SARAH PAVLIS**

Defendants Center for Security Policy, Christine Brim, and Adam Savit ("CSP Defendants") hereby move the Court pursuant to Rule 6 of the Federal Rules of Civil Procedure for a 30-day extension of time in which to respond to Plaintiffs' Second Amended Complaint, which adds Defendants Center for Security Policy, Christine Brim, Adam Savit and Sarah Pavlis.

On June 24, 2010, this court granted Plaintiffs leave to file the Second Amended Complaint ("Complaint") on CSP Defendants.

CSP Defendants were served on July 11, 2011. The following day, July 12th, counsel for CSP Defendants emailed Plaintiffs' counsel, seeking consent to a 30-day extension of time in which to answer and/or respond to the Complaint and explaining that he would be out of town most of the next 20 days and would need to sit down and confer with his clients. Plaintiffs' counsel, responding by email, refused to consent.

Counsel for CSP Defendants emailed Plaintiffs' counsel that same day, asking for

1

a telephonic meet-and-confer on this motion per the Local Rules.  Plaintiffs' counsel did not respond to this request.  Counsel for CSP Defendants emailed Plaintiffs' counsel on July 18th, asking once again for a meet-and-confer.

On Monday, July 20th, Plaintiffs' counsel responded by email, suggesting the meet-and-confer take place on Wednesday, July 21th.  Counsel mutually agreed to hold the telephonic conference at 10 a.m.

On Wednesday, at the agreed upon time, counsel for CSP Defendants telephoned Plaintiffs' counsel at the number designated, but there was no answer.  Counsel for CSP Defendants left a voice message and sent an email suggesting other times during the day in which to hold the conference, but made it clear that counsel for CSP Defendants were not available from 6:00 p.m. onward.  Plaintiffs' counsel responded by email later that day, but suggested a meet-and-confer for 6:00 p.m., precisely when counsel for CSP Defendants were unavailable.  Ultimately, a meet-and-confer was arranged for the following day, Thursday, July 22nd.

During the meet-and-confer, Plaintiffs' counsel again refused to consent to the requested extension, notwithstanding the scheduling conflicts of counsel for CSP Defendants and the availability of CSP Defendants themselves given summer vacations.

This is the first extension of time sought by CSP Defendants.

CSP Defendants, through this motion and accompanying memorandum, seek an Order granting a 30-day extension until September 1, 2011, to file their answers and/or responses to the Complaint.

//

WHEREFORE, CSP Defendants respectfully request that the Court enter an Order granting them until September 1, 2011, to file their answers and/or responses to the Complaint.

Dated this 22nd day of July 2011.

>Respectfully submitted,
>
>By:   /s/ David Yerushalmi
>
>David Yerushalmi
>District of Columbia Bar No. 978179
>LAW OFFICES OF DAVID YERUSHALMI
>P.O.B. 6358
>Chandler, Arizona 85246
>david.yerushalmi@verizon.net
>Tel: (646) 262-0500
>Fax: (801) 760-3901
>
>Attorneys for CSP Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNSEL ON AMERICAN-ISLAMIC ) | |
| RELATIONS ACTION NETWORK, INC., et al. ) | CIVIL NO: 1:09-cv-02030-CKK |
| *Plaintiffs*, ) | |
| -*v*.- ) | |
| ) | |
| PAUL DAVID GAUBATZ, et al. ) | |
| *Defendants*. ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO EXTEND TIME TO ANSWER/RESPOND TO SECOND AMENDED COMPLAINT NAMING DEFENDANTS CENTER FOR SECURITY POLICY, CHRISTINE BRIM, ADAM SAVIT, AND SARAH PAVLIS**

In addition to the facts set forth in the motion accompanying this memorandum, CSP Defendants set forth the following basis for their request for a 30-day extension in which to answer and/or respond:

- Counsel for CSP Defendants will not be able to sit with the individual CSP Defendants and review the documents relevant to the Second Amended Complaint ("Complaint") in any meaningful way during the next 20 days, which would render any substantive preparation for an answer or response difficult if not deficient.

- The Complaint alleges an array of causes of action involving secondary liability for the CSP Defendants under federal statutes and common law torts that will require substantial legal research and fact-based investigation.

- Counsel for CSP Defendants are prepared to participate in all counsel conferences relating to the Local Rule 16.3 Report and in the Scheduling

1

Conference currently set by the Court for August 17th.

- There is absolutely no prejudice to any of the parties in granting this extension and, indeed, failing to grant the extension places CSP Defendants in a logistically impossible situation.

WHEREFORE, CSP Defendants respectfully request that the Court enter an Order granting then until September 1, 2011, to file their answers and/or responses to the Complaint.

>Respectfully submitted,
>
>By:   /s/ David Yerushalmi
>
>David Yerushalmi
>District of Columbia Bar No. 978179
>LAW OFFICES OF DAVID YERUSHALMI
>P.O.B. 6358
>Chandler, Arizona 85246
>david.yerushalmi@verizon.net
>Tel: (646) 262-0500
>Fax: (801) 760-3901
>Attorneys for CSP Defendants

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July, 2011, true and correct copies of the foregoing CSP Defendants Emergency Motion To Extend Time To Answer/Respond To Second Amended Complaint Naming Defendants Center For Security Policy, Christine Brim, Adam Savit, and Sarah Pavlis were served via ECF upon all counsel of record.

                                        /s/ David Yerushalmi
                                          David Yerushalmi