**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC., et al.<br><br>Plaintiffs,<br>v.<br><br>PAUL DAVID GAUBATZ, et al. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 09-cv-2030 (CKK-JMF)<br><br>Judge Colleen Kollar-Kotelly |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion for Extension of Discovery Period, and the record in this matter, it is hereby

ORDERED this __________ day of January, 2013, that Plaintiffs' Motion for Extension of Discovery Period is GRANTED;

And it is FURTHER ORDERED that Plaintiffs shall have until ________________, 2013 to take the deposition of World Net Daily and Paul Sperry.

________________________________
Judge Colleen Kollar-Kotelly
United States District Court Judge
for the District of Columbia

Copies to:

Nadhira Al-Khalili
CAIR
453 New Jersey Avenue, SE
Washington, DC 20003

Daniel Horowitz
P. O. Box 1547
Lafayette, CA 94549

Martin Garbus
EATON & VAN WINKLE LLP
3 Park Avenue
16th Floor
New York, NY 10016

David Yerushalmi
LAW OFFICE OF DAVID YERUSHALMI, P.C.
1901 Pennsylvania Avenue N.W., Suite 201
Washington, DC 20006

Robert Muise
AMERICAN FREEDOM LAW CENTER
P.O. Box 131098
Ann Arbor, MI 48113

Erin Mersino
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, MI 48106

Joseph William Eshelman, III
1747 Pennsylvania Ave. NW
Suite 300
Washington, DC 20006