**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

==========================================================

| | | |
|---|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC., et al. | ) | |
| Plaintiffs, | ) | Civil Action No. 09-cv-2030 (CKK-JMF) |
| v. | ) | Judge Colleen Kollar-Kotelly |
| PAUL DAVID GAUBATZ, et al. | ) | |
| Defendants. | ) | |

==========================================================

**REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF THE DISCOVERY PERIOD**

While the attachments and affidavits submitted to the Court in regards to Plaintiffs' Motion are now voluminous, Defendants do not dispute the most critical fact: that counsel for all Defendants, Sperry, and World Net Daily ("WND") agreed to a schedule of January depositions that included Sperry and WND. In so doing, Defendants bolstered Plaintiffs' conclusion—based on the conduct of Mr. Garbus—that service had been properly effected on both WND and Sperry through Mr. Garbus. On December 5, 2013, Mr. Yerushalmi—serving as he has throughout discovery as the point person for all counsel to Defendants and non-parties—stated the following:

> Gadeir, based on discussions with counsel for all defendants (and Donvito, WND, Sperry), here is our proposed depo schedule.

> If you finish with me, SANE, CSP early, we can move Brim up to the 16th and Sperry, WND up to the 17th, giving you a day breather.
>
> Dkt. 143, Attachment P, at p. 1-2

In short, it was counsel for WND and Sperry who proposed the dates for their depositions, and Plaintiffs accepted those proposed dates. Plaintiffs reasonably presumed that the dates counsel for WND and Sperry proposed were informed by conversations with their clients. But prior to January 3, 2013—when it was too late to fix, before the end of discovery, what Defendants' now argue was defective service—there was no indication that the agreed upon dates for WND and Sperry were, for whatever reason, unworkable.

The only thing Plaintiffs request now is that Defendants and counsel for Sperry and WND do what they had previously agreed to do: make their clients—WND and Sperry—available for Plaintiffs to depose them. This was what Defendants, counsel for Sperry and WND, and Plaintiffs agreed to during the first week of December 2012, withdrawing that agreement only 15 days prior to the close of discovery.

Plaintiffs would be prepared to depose Sperry and WND as soon as this Court permits it and the schedules of opposing counsel allow for it, having already undertaken preparations for depositions Defendants led Plaintiffs to believe they would be taking weeks ago. If the Court deems its service problematic, Plaintiffs will perfect service expeditiously on both or either WND or Sperry. But there is good reason Plaintiffs sought and secured Defendants' and counsel for Sperry and WND's agreement on dates to depose Sperry and WND: they possess important

information that others do not.[1] For this reason, Plaintiffs request that this Court allow them to depose Sperry and WND.

**CONCLUSION**

For these reasons, Plaintiffs request a short extension of the discovery period for the sole purpose of deposing Mr. Sperry and WND.

Dated: January 29, 2013

Respectfully submitted,

__________/S/___________________

Nadhira Al-Khalili, Esq.

Legal Counsel
Council on American-Islamic Relations (CAIR)
453 New Jersey Ave., SE
Washington, DC 20003
(o) 202-646-6034
(f) 202-488-0833
*Counsel for Plaintiffs*

[1] Neither Defendant David Gaubatz nor any party or person deposed has any documents or information regarding proceeds from the sale of *Muslim Mafia* that his agreement with WND allocated to him or even the agreement itself. This is information that WND, a business enterprise, likely possesses. And as Defendants mention in their response, Plaintiffs also learned for the first time on January 14, 2013 that Defendant David Gaubatz did not actually write *Muslim Mafia* and that Sperry authored the book alone. *See* Dkt. 145 at 9, n. 5. As a result, Sperry's testimony as to how he generated the contents of *Muslim Mafia* is of even more importance to Plaintiffs' case.

# CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2013, I caused to be served a copy of the foregoing and any attachments thereto to be electronically filed with the clerk of the court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this case. In addition, I hereby certify that I have caused to be served by e-mail a copy of same upon the following, who is not registered with the Court's CM/ECF system:

Martin Garbus
EATON & VAN WINKLE LLP
3 Park Avenue, 16th Floor
New York, NY 10016
Tel. 212.779.9910
mgarbus@evw.com

_________/s/_______________

Nadhira Al-Khalili
Legal Counsel
Council on American-Islamic Relations (CAIR)
453 New Jersey Ave., SE
Washington, DC 20003
(o) 202-646-6034
(f) 202-488-0833
*Counsel for Plaintiffs*