DANIEL HOROWITZ Cal. State Bar No. 92400
Attorney at Law
P.O. Box 1547
Lafayette, California 94549
(925) 283-1863

Attorney for Gaubatz Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS ACTION NETWORK, INC.,
et al.,

                                              CIVIL NO: 1:09-cv-02030-CKK

Plaintiffs,

-v.-
PAUL DAVID GAUBATZ, et al.,
Defendants.

_____/

## GAUBATZ DEFENDANTS' EXPLANATION
### (Per Minute Order of July 24, 2018)

I, Daniel Horowitz state of my personal knowledge as follows:

1. I was prepared to file my further briefing on April 30, 2018 as ordered by this Court (on March 29, 2018).  However, David Yerulshalmi called me and asked if I would agree to continue the briefings until after the Passover holiday.

2. On each and every document filed in this case, I work with David Yerulshalmi to ensure a reasonable level of coordination.  This may include phone calls and/or emails sharing

ideas and drafts.  We would then discuss compromise or reconciliation(s) on legal or factual positions.   Therefore, I always considered his request to be an all inclusive request.   Otherwise our usual practice of coordination and sharing ideas would have been altered.

3. As we discussed this specific request, the agreement was for all briefing to be continued.

4. I also believed that this would be the Court's intention as our briefings tend overlap in terms of legal and factual issues.   I had a belief which I understand may have been presumptuous, that the Court would write an all inclusive decision as we had received with respect to all of the other motions.  For these reasons, my mind set was that the request would be granted or denied with respect to all defendants.

5. As the Court has noted, the request was written on behalf of all defendants:

> All parties to this litigation, as signatories below, do hereby jointly move this Court to modify the briefing schedule set out in the Court's Memorandum Opinion and Order dated and filed March 29, 2018 (ECF Doc. No. 259).

6. The language that followed focused on CSP's obligations but as *I read* this, the religious need was David Yerulshalmi's and not mine.  I believed that this language was meant to convey that point alone.

7. I looked at the last line as a joint request "the parties jointly request the additional time in order to do justice to the undertaking, especially in light of the respective trial calendars of all counsel."

8. I am aware that Document 259 addresses only CSP as a reset and does not address the Gaubatz' defendants one way or the other.  Clearly, I should have:

    A. Noticed this.

    B. Contacted the Court or Case Manager to clarify this.

    9.  I apologize for failing to recognize and clarify this issue. I respectfully request that the Court allow the Gaubatz defendants' supplemental briefing to be considered on the merits.

Dated: July 30, 2018

                                          //s//_____
                                                    Daniel Horowitz