UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS ACTION NETWORK, INC., et al.

    Plaintiffs,

    v.

PAUL DAVID GAUBATZ, et al.

    Defendants

Case No.: 1:09-cv-02030-CKK

**PLAINTIFFS' RESPONSE TO DEFENDANT GAUBATZ' EXPLANATION**
**(Per Minute Order of July 24, 2018)**

1. Plaintiffs take no position in response to Defendant Gaubatz' explanation regarding deadlines for supplemental briefing for motions *in limine* as ordered by this Court on March 29, 2018.

2. Attorney Gill received a phone call from Attorney Yerushalmi requesting for an extension to provide supplemental briefings per this Court's order to which Attorney Gill agreed.

3. Attorney Gill did not have any conversation with Attorney Horowitz regarding an extension.

DATED: August 8, 2018

                            Respectfully submitted,

                            /S/ Faisal Gill
                            Faisal Gill (DC Bar No 497312)
                            Gill Law Firm
                            1155 F street NW Suite 1050
                            Washington, DC 20005
                            (310) 418-6675

(202) 318-4331(fax)  
fgill@glawoffice.com  
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018, I filed the foregoing Response to Defendant Gaubatz Explanation through the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                             /S/ Faisal Gill  
                                            Faisal Gill