IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC., *et al.*,<br><br>   Plaintiffs,<br><br> -v.-<br><br>PAUL DAVID GAUBATZ, *et al.*,<br><br>   Defendants. | CIVIL NO: 1:09-cv-02030-CKK |

**JOINT MOTION TO EXTEND CURRENT DEADLINES AND DATES RELATING TO (1) THE FILING OF DEFENDANTS' SUPPLEMENTAL BRIEFING, (2) PLAINTIFFS' RESPONSIVE BRIEFING, (3) JOINT PRETRIAL STATEMENT, (4) PRETRIAL CONFERENCE, AND (5) TRIAL**

Plaintiffs Council on American-Islamic Relations Action Network, Inc. and CAIR-Foundation, Inc. ("Plaintiffs"), Defendants Paul David Gaubatz and Chris Gaubatz ("the Gaubatz Defendants"), and the CSP Defendants hereby jointly move the Court to extend the deadlines and dates set forth in the Court's recent Memorandum Opinion and Order, dated December 2, 2022 (Dkt. No. 267) as follows:

| Deadline/Date Matter | Current Date/Deadline | Joint Requested New Date/Deadline |
|---|---|---|
| CSP Defendants' Supplemental Briefing | December 19, 2022 | January 27, 2022 |
| Plaintiffs' Response to Supplemental Briefing | January 6, 2023 | February 17, 2023 |
| Joint Pretrial Statement | March 31, 2023 | July 26, 2023 |
| Pretrial Conference | October 19, 2023 | Early 2024 |
| Trial | October 23, 2023 | Early 2024 |

The good faith bases for this joint motion are (1) a consideration of the current litigation calendars and travel schedules of the parties' respective counsel, (2) the timing of the Jewish and Islamic religious holidays, and (3) the fact that the supplemental

1

briefing schedule will require counsel to expend substantial time refamiliarizing themselves with the issues given the time the current motions-in-limine have been pending.

The parties have not previously sought to extend these deadlines.

Therefore, Plaintiffs and Defendants jointly move the Court to:

Grant the parties' joint motion to extend the deadlines and dates as set forth above, with the Court setting the date of the pretrial conference and trial amenable to the Court's calendar.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court enter an Order granting the relief requested hereinabove.

Dated this 7th day of December 2022.

Respectfully submitted,

By:  /s/Faisal Gill
     Faisal Gill (DC Bar No 497312)
     Gill Law Firm
     1155 F street NW Suite 1050
     Washington, DC 20005
     (310) 418-6675
     (202) 318-4331(fax)
     fgill@glawoffice.com
     Counsel *for Plaintiffs*

By:  /s/David Yerushalmi
     David Yerushalmi (D.C. Bar No. 978179)
     Law Offices of David Yerushalmi
     2020 Pennsylvania Avenue NW
     No. 189
     Washington, D.C. 20006
     david.yerushalmi@verizon.net
     Tel: (646) 262-0500
     Fax: (801) 760-3901
     *Co-Counsel for CSP Defendants*

By: */s/ Robert J. Muise*
Robert J. Muise, Esq. (D.C. Court Bar No. MI 0052)
AMERICAN FREEDOM LAW CENTER
P.O. Box 131098
Ann Arbor, Michigan 48113
Tel (734) 635-3756 / Fax (801) 760-3901
rmuise@americanfreedomlawcenter.org
*Co-Counsel for CSP Defendants*

By: */s/ Daniel Horowitz*
Daniel Horowitz
Daniel Horowitz Attorney at Law (Cal. State Bar No. 92400)
P.O. Box 1547
Lafayette, California 94549
(925) 283-1863
*Counsel for Gaubatz Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December 2022, true and correct copies of the foregoing were served via ECF upon all counsel of record.

                                    /s/ David Yerushalmi
                                      David Yerushalmi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC., *et al.*,

    Plaintiffs,

-v.-

PAUL DAVID GAUBATZ, *et al.*,

    Defendants.

CIVIL NO: 1:09-cv-02030-CKK-JMF

**PROPOSED ORDER**

Upon consideration of the Joint Motion to extend certain dates and deadlines previously set by the Court in its Memorandum Opinion and Order, dated December 2, 2022 (Dkt. No. 267), and of the record herein, it is this ___ day of December 2022 hereby

**ORDERED** that the Motion is **GRANTED**, and further

**ORDERED** that the following deadlines and dates shall apply:

| Deadline/Date Matter | Previous Date/Deadline | New Date/Deadline |
|---|---|---|
| CSP Defendants' Supplemental Briefing | December 19, 2022 | January 27, 2022 |
| Plaintiffs' Response to Supplemental Briefing | January 6, 2023 | February 17, 2023 |
| Joint Pretrial Statement | March 31, 2023 | July 26, 2023 |
| Pretrial Conference | October 19, 2023 | _____ 2024 |
| Trial | October 23, 2023 | _____ 2024 |

_____
Hon. Colleen Kollar-Kotelly
United States District Judge

– 2 –