**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC., *et al*.,<br>                    Plaintiffs,<br><br>        -v.-<br><br>PAUL DAVID GAUBATZ, *et al*.,<br><br>                    Defendants. | CIVIL NO: 1:09-cv-02030-CKK |

**UNOPPOSED MOTION TO EXTEND CURRENT DEADLINE FOR THE
FILING OF DEFENDANTS' SUPPLEMENTAL BRIEFING**

CSP Defendants hereby move the Court to extend the deadline for the CSP Defendants to file their supplemental briefing in support of their current motion in limine. Previously, the Court granted an extension of time until January 27, 2023, for CSP Defendants to file supplemental briefing on certain extant issues relating to their pending motion-in-limine (see Minute Order, dated December 20, 2022).

Good cause exists pursuant to Federal Rules of Civil Procedure 6(b)(1)(A). Lead counsel for CSP Defendants, David Yerushalmi, was just informed that his younger brother, who was recently diagnosed with a potentially fatal disease, is now preparing for hospice. Mr. Yerushalmi will be taking a hiatus to be with his brother and family.

As such, CSP Defendants request a two-month extension until March 27, 2023, to file the CSP Defendants' supplemental briefing. Other than Plaintiffs' date to respond to CSP Defendants' supplemental briefing, this extension should not affect any of the current calendar dates as follows:

| Deadline/Date Matter | Current Date/Deadline | Unopposed Requested New Date/Deadline |
|---|---|---|
| CSP Defendants' Supplemental Briefing | January 27, 2023 | March 27, 2023 |
| Plaintiffs' Response to Supplemental Briefing | February 17, 2023 | April 10, 2023 |
| Joint Pretrial Statement | July 26, 2023 | No change |
| Pretrial Conference | January 8, 2024 | No change |
| Trial | January 17, 2024 | No change |

As noted, this is the second request to extend this deadline. All of the parties to this action consent to this UNOPPOSED motion.

Therefore, CSP Defendants move the Court to grant the motion to extend the deadline for CSP Defendants to file their supplemental briefing on the pending motion-in-limine.

Dated this 19th day of January 2023.

Respectfully submitted,

By:   */s/David Yerushalmi*
David Yerushalmi (D.C. Bar No. 978179)
Law Offices of David Yerushalmi
2020 Pennsylvania Avenue NW
No. 189
Washington, D.C. 20006
david.yerushalmi@verizon.net
Tel: (646) 262-0500
Fax: (801) 760-3901
*Co-Counsel for CSP Defendants*

By:     _/s/ Robert J. Muise_
        Robert J. Muise, Esq. (D.C. Court Bar No. MI
        0052)
        AMERICAN FREEDOM LAW CENTER
        P.O. Box 131098
        Ann Arbor, Michigan 48113
        Tel (734) 635-3756 / Fax (801) 760-3901
        rmuise@americanfreedomlawcenter.org
        *Co-Counsel for CSP Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of January 2023, true and correct copies of

the foregoing were served via ECF upon all counsel of record.

<u>/s/ David Yerushalmi</u>
David Yerushalmi

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC., *et al*., <br><br> Plaintiffs, <br><br> -v.- <br><br> PAUL DAVID GAUBATZ, *et al*., <br><br> Defendants. | CIVIL NO: 1:09-cv-02030-CKK-JMF |

**PROPOSED ORDER**

Upon consideration of the Unopposed Motion to extend the deadline for CSP Defendants to file supplemental briefing in support of their pending motion-in-limine, and of the record herein, it is this ___ day of January 2023 hereby

**ORDERED** that the Motion is **GRANTED**, and further

**ORDERED** that the following deadlines and dates shall apply:

| Deadline/Date Matter | Current Date/Deadline | Unopposed Requested New Date/Deadline |
|---|---|---|
| CSP Defendants' Supplemental Briefing | January 27, 2023 | March 27, 2023 |
| Plaintiffs' Response to Supplemental Briefing | February 17, 2023 | April 10, 2023 |
| Joint Pretrial Statement | July 26, 2023 | No change |
| Pretrial Conference | January 8, 2024 | No change |
| Trial | January 17, 2024 | No change |

_____
Hon. Colleen Kollar-Kotelly
United States District Judge