# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC., et al., <br>           Plaintiffs, <br><br> -v.- <br><br> PAUL DAVID GAUBATZ, et al., <br>           Defendants. | CIVIL NO: 1:09-cv-02030-CKK |

## **JOINT MOTION TO ADJOURN PRETRIAL STATEMENT DEADLINE**

Pursuant to the Court's Minute Order dated January 23, 2023, the following was ordered and scheduled:

- 07/26/2023     Joint Pretrial Statement due.
- 01/17/2024     Two-week trial commences.

The Court subsequently, by Minute Order dated April 14, 2023, moved the trial dated from January 17, 2024 to June 3, 2024.

The parties hereby jointly move to adjourn the deadline for joint pre-trial statement to December 6, 2023 to align with the Court's adjournment of the trial in this matter.

Dated: July 18, 2023              Respectfully Submitted

                                  GILL LAW FIRM

                                  /s/ Faisal Gill
                                  Faisal Gill, Esq. (DC Bar 497312)
                                  1717 Pennsylvania Ave NW Suite 1025
                                  Washington DC 20006
                                  Tel.: (310) 418-6675
                                  Fax: (202) 318-4331
                                  Email: fgill@glawoffice.com
                                  *Counsel for Plaintiffs*

LAW OFFICES OF DAVID YERUSHALMI, P.C.

*/s/ David Yerushalmi*
*David Yerushalmi, Esq*. (DC Bar No. 978179)
2020 Pennsylvania Avenue NW
Suite 189
Washington, D.C.
Tel. (646) 262-0500 / Fax (801) 760-3901
david.yerushalmi@verizon.net
*Co-Counsel for CSP Defendants*

AMERICAN FREEDOM LAW CENTER

*/s/ Robert J. Muise*
Robert J. Muise, Esq. (D.C. Court Bar No. MI 0052)
P.O. Box 131098
Ann Arbor, Michigan 48113
Tel (734) 635-3756 / Fax (801) 760-3901
rmuise@americanfreedomlawcenter.org
*Co-Counsel for CSP Defendants*

LAWYERS IN LAFAYETTE

*/s/ Daniel Horowitz*
Daniel Horowitz
3650 Mt Diablo Blvd. Ste 225
Lafayette, California 94549
(925) 283-1863
*Counsel for Defendant Gaubatz*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically: none.

*/s/ Faisal Gill.*
Faisal Gill  (DC Bar No. 497312)